# United States District Court
# Central District of California
# Eastern Division

| | |
|---|---|
| PEDRO CHEVEZ, | ED CV 13-00087 TJH (DTBx) |
|     Plaintiff, | |
|   v. | Order |
| COMMERCIAL RECOVERY SYSTEMS, INC., | |
|     Defendant. | |

The Court has considered Plaintiff's motion for reconsideration, together with the moving papers.

A party may move for reconsideration only if: (1) Facts or law previously unknown and unknowable to the moving party come to light; (2) New facts or law emerge; or (3) There was a manifest failure to consider material facts. Local Rule 7-18.

Other than his dissatisfaction as to the amount of attorney's fees awarded, Chevez

offers nothing new. District courts have discretion in calculating an appropriate attorney's fee award. *See Hensley* v. *Eckerhart*, 461 U.S. 424, 436, 103 S. Ct. 1933, 1941, 76 L. Ed. 2d 40, 52 (1983). Thus, there is no basis for reconsideration.

It is Ordered that the motion for reconsideration be, and hereby is, Denied.

Date: February 11, 2014

_____
Terry J. Hatter, Jr.
Senior United States District Judge